EARLENE CHAMBERS *v.* THE CITY AND COUNTY OF HONOLULU, A MUNICIPAL CORPORATION *v.* BERNICE MIYASATO.

No. 4388.

NOVEMBER 10, 1965.

TSUKIYAMA, C.J., CASSIDY, WIRTZ LEWIS AND MIZUHA, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Tsukiyama, C.J. and Wirtz, J. having dissented from the majority in the original opinion do not concur.

*Stanley Ling,* Corporation Counsel, and *Lincoln J. Ishida,* Deputy Corporation Counsel, for the petition.